767 A.2d 481

ISAAC WRIGHT, ET AL., PLAINTIFFS–RESPONDENTS, v. STATE OF NEW JERSEY, DEFENDANT–RESPONDENT, AND ROBERT SMITH, DEFENDANT–THIRD–PARTY PLAINTIFF–MOVANT.

December 7, 2000.

Leave to appeal is granted.

767 A.2d 481

ISAAC WRIGHT, ET AL., PLAINTIFFS–RESPONDENTS, v. STATE OF NEW JERSEY, DEFENDANT–RESPONDENT, AND VERONICA NOLAN, DEFENDANT–THIRD PARTY PLAINTIFF– MOVANT.

December 7, 2000.

Leave to appeal is granted.

767 A.2d 482

ISAAC WRIGHT, ET AL., PLAINTIFFS–RESPONDENTS, v. STATE OF NEW JERSEY, DEFENDANT–RESPONDENT, AND STUART BUCKMAN, DEFENDANT–THIRD–PARTY PLAINTIFF–MOVANT.

December 7, 2000.

Leave to appeal is granted.